**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   20-CR-0088-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RYAN MUNDORF
2. SAMANTHA COBURN

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

On or about March 14, 2019, in the State and District of Colorado, the defendants, RYAN MUNDORF and SAMANTHA COBURN, unlawfully and knowingly had in their possession articles which had been contained within the United States mail, which articles had been stolen, taken, embezzled and abstracted from the United States mail, knowing the same to have been stolen, taken, embezzled and abstracted, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT 2

On or about April 16, 2019, in the State and District of Colorado, the defendant, RYAN MUNDORF, unlawfully and knowingly had in his possession articles which had been contained within the United States mail, which articles had been stolen, taken,

embezzled and abstracted from the United States mail, knowing the same to have been stolen, taken, embezzled and abstracted.

All in violation of Title 18, United States Code, Section 1708.

## COUNTS 3 - 9

Between on or about February 4, 2019 and May 3, 2019, in the State and District of Colorado, the defendant, RYAN MUNDORF, did knowingly execute and attempt to execute a scheme and artifice to obtain any of the moneys, funds, and other property owned by and under the custody and control of the federally insured financial institutions identified below by means of materially false and fraudulent pretenses and representations.

In executing the scheme to defraud, RYAN MUNDORF obtained stolen checks that had previously been taken from the mail. RYAN MUNDORF used the stolen checks to attempt to obtain and to obtain cash and property at the expense of federally insured financial institutions, whose deposits were insured by the Federal Deposit Insurance Corporation at all times relevant to this indictment, including as follows:

| Count | Date | Amount | Victim Financial Institution | Transaction Description |
|---|---|---|---|---|
| 3 | 2/4/19 | $730.00 | JP Morgan Chase Bank | MUNDORF cashed a fraudulent check made out to Compesso C. Brian |
| 4 | 2/8/19 | $979.00 | Wells Fargo Bank | MUNDORF attempted to cash a fraudulent check made out to Brian Compesso |
| 5 | 2/15/19 | $500.00 | JP Morgan Chase Bank | MUNDORF cashed a fraudulent check made out to Ryan Christopher Mundorf |
| 6 | 2/18/19 | $482.88 | Wells Fargo Bank | MUNDORF cashed a fraudulent check made out to Ryan C. Mundorf |
| 7 | 4/3/19 | $1800.00 | JP Morgan Chase Bank | MUNDORF attempted to cash a fraudulent check made out to Ryan Mundorf |

| 8 | 4/5/19 | $1180.00 | Bank of the West | MUNDORF cashed a fraudulent check made out to Ryan Mundorf |
| 9 | 5/3/19 | $2053.26 | FirstBank | MUNDORF attempted to cash a fraudulent check made out to Christian Ryan Mundorf |
| | | | | |

All in violation of Title 18, United States Code, Section 1344(2).

## COUNT 10

On or about April 22, 2019, in the State and District of Colorado, the defendant, SAMANTHA COBURN, did knowingly execute a scheme and artifice to obtain any of the moneys, funds, and other properties owned by, or under the custody or control of Wells Fargo Bank, a federally insured financial institution, by means of materially false and fraudulent pretenses, and representations.

All in violation of Title 18, United States Code, Section 1344(2).

## FORFEITURE ALLEGATION

1. The allegation contained in Counts One through Ten of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any of the allegations in Counts One through Ten of this Indictment, involving a violation of Title 18, United States Code, Section 1708, or Title 18, United States Code, Section 1344, RYAN MUNDORF and SAMANTHA COBURN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any

3

proceeds the defendants obtained directly and indirectly as a result of such offenses, including, but not limited to, a money judgment in the amount of proceeds obtained by the defendants.

3. If any of the property described above, as a result of any act or omission of the defendants:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third party;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant[s] up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>s/Brian Dunn</u>
Brian Dunn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Brian.Dunn@usdoj.gov
Attorney for Government